John C. Taylor, State Bar No. 78389
Natalie Weatherford, State Bar No. 278522
**TAYLOR & RING, LLP**
1230 Rosecrans Avenue, Suite 360
Manhattan Beach, California 90266
Telephone:   (310) 209-4100
Facsimile:   (310) 208-5052
Email:  Taylor@taylorring.com;
Email:  Weatherford@taylorring.com

JS-6

Attorneys for Plaintiffs,
JANE DOE 1 and JANE DOE 2

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, et al., | **CASE NO.: CV 21-8412-JFW (AGRx)** |
| Plaintiff, | [Complaint filed June 7, 2021] |
| vs. | |
| COUNTY OF LOS ANGELES, et al. | **ORDER RE:** |
| Defendants. | **JOINT STIPULATION OF COUNSEL TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO HAVE THE CASE REMANDED TO THE SUPERIOR COURT** |

Upon considering the Joint Stipulation of Counsel to Strike Portions of Plaintiffs' First Amended Complaint and to remand the case to the Superior Court, and Good Cause appearing therefore, IT IS HEREBY ORDERED:

1.     Plaintiffs' Third Cause of Action for Violation of 42 U.S.C. § 1983 is dismissed **with prejudice.**

2.     The following language is stricken with prejudice from Plaintiffs, JANE DOE 1 and JANE DOE 2's First Amended Complaint as follows:

///

**1**

**ORDER RE: JOINT STIPULATION OF COUNSEL TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO HAVE THE CASE REMANDED TO THE SUPERIOR COURT**

i.     <u>THIRD CAUSE OF ACTION</u>

**Delete** p. 7:19-8:10:   THIRD CAUSE OF ACTION – VIOLATION OF U.S.C. SECTION 1983 (FEDERAL), AGAINST DEFENDANTS COUNTY OF LOS ANGELES, and DOES 2 through 20.

ii.     <u>PRAYER FOR RELIEF</u>

Paragraph 2, line 10 – **Delete** "as to the third and."

3.    It is FURTHER ORDERED THAT the case be remanded to the Superior Court.

**IT IS SO ORDERED.**

Dated:_November 4, 2021_

Honorable John F. Walter
UNITED STATES DISTRICT COURT JUDGE

**2**

**ORDER RE: JOINT STIPULATION OF COUNSEL TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO HAVE THE CASE REMANDED TO THE SUPERIOR COURT**